MAY G. KENT, a feme sole, and B. MARGARET LOGAN, a feme sole, *Appellants,* v. ARTHUR E. KNOWLES, ELIZABETH ELLEN HOYLE, ne Elizabeth Ellen Knowles, joined by her husband, ROBERT JOSEPH HOYLE, *Appellees.*

Opinion filed March 31, 1931.

*Burdine, Terry & Fleming,* for Appellants;

*R. B. Gautier,* for Appellees.

1378

1380

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered, and decreed by the Court that the decree of the court below should be, and the same is hereby, affirmed.

BUFORD, C.J., AND WHITFIELD, TERRELL, BROWN AND DAVIS, J.J., concur.

ELLIS, J., not participating.